**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ANDY QING XU,<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: |

**MASTER SHORT FORM COMPLAINT AND JURY DEMAND**

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 16, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint, with the exception that Plaintiff names only 3M Company as defendant because it is independently and solely liable for Combat Arms Earplug v2 ("CAEv2") liabilities, and because 3M Company has waived the ability to assert a defense that the Aearo Defendants (defined collectively as 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo

LLC, and Aearo Technologies LLC) have any current liabilities for injuries stemming from the CAEv2.

As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege as follows:

## I. DEFENDANTS

1. Plaintiff(s) name the following Defendants in this action:

| | |
|---|---|
| ___X____ | 3M Company |
| ________ | 3M Occupational Safety LLC |
| ________ | Aearo Holding LLC |
| ________ | Aearo Intermediate LLC |
| ________ | Aearo LLC |
| ________ | Aearo Technologies LLC |

## II. PLAINTIFF(S)

2. Name of Plaintiff:

| |
|---|
| Andy Qing Xu |

3. Name of Spouse of Plaintiff (if applicable to loss of consortium claim):

| N/A |
|---|

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other type of Plaintiff, if any:

| N/A |
|---|

5. State(s) of residence of Plaintiff(s):

| CA |
|---|

## III. <u>JURISDICTION</u>

6. Basis for jurisdiction (diversity of citizenship or other):

| Diversity of citizenship |
|---|

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| Florida Northern District Court, Pensacola Division |
|---|

## IV. <u>USE OF DUAL-ENDED COMBAT ARMS EARPLUG</u>

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

_____X____ Yes

__________ No

## V. <u>INJURIES</u>

9. Plaintiff alleges the following injuries and/or side effects as a result of

using the Dual-Ended Combat Arms Earplug:

___X___ Hearing loss

___X___ Sequelae to hearing loss

___X___ Other [specify below]

| |
|---|
| Tinnitus |

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

___X___ Count I – Design Defect – Negligence

___X___ Count II – Design Defect – Strict Liability

___X___ Count III – Failure to Warn – Negligence

___X___ Count IV – Failure to Warn – Strict Liability

___X___ Count V – Breach of Express Warranty

___X___ Count VI – Breach of Implied Warranty

___X___ Count VII – Negligent Misrepresentation

___X___ Count VIII – Fraudulent Misrepresentation

___X___ Count IX – Fraudulent Concealment

___X___ Count X – Fraud and Deceit

___X___ Count XI – Gross Negligence

X Count XII – Negligence Per Se

X Count XIII – Consumer Fraud and/or Unfair Trade Practices

________ Count XIV – Loss of Consortium

X Count XV – Unjust Enrichment

X Count XVI – Punitive Damages

________ Count XVII – Others [Specify Below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff(s) contend(s) that the additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 03/23/2023

*s/ Bryan F. Aylstock*

Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449